RECEIVED
IN LAKE CHARLES, LA
JAN 17 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **CHARLES MILTON WILLIAMS** | : | **DOCKET NO. 2:06-cv-0069** |
| VS. | : | JUDGE MINALDI |
| **TONY MANCUSO, ET AL.** | : | MAGISTRATE JUDGE WILSON |

### JUDGMENT

Having given notice of this court's intention to dismiss this action with prejudice for plaintiff's failure to file an amended complaint, and having received no response to this court's "Notice of Intent to Dismiss" allowing plaintiff time to show cause for his failure to comply with the court's prior order, this court finds that plaintiff's action is subject to dismissal for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure. In light of this court's inherent power to control its own docket and dismiss actions *sua sponte* under Rule 41(b) of the Federal Rules of Civil Procedure, it is

ORDERED that this action be and it is hereby DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 16 day of January, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE